No. 843.   F. A. MARTOCCIO Co. *v.* FEDERAL TRADE COMMISSION.   May 3, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.   *Mr. Arnold L. Guesmer* for petitioner.   *Solicitor General Reed, Assistant Attorney General Jackson,* and *Messrs. A. H. Feller* and *W. T. Kelley* for respondent.

No. 844.   GREAT ATLANTIC & PACIFIC TEA Co. *v.* DISTRICT OF COLUMBIA.   May 3, 1937.   Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied.   *Messrs. Arthur G. Brode, Abbot P. Mills,* and *Caruthers Ewing* for petitioner.   *Messrs. Elwood H. Seal* and *Vernon E. West* for respondent.

No. 845.   BOARD OF PUBLIC INSTRUCTION ET AL. *v.* NUVEEN.   May 3, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. W. J. Oven* for petitioners.   *Mr. C. L. Waller* for respondent.

No. 847.   SMITH *v.* GLENN, COLLECTOR OF INTERNAL REVENUE.   May 3, 1937.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Messrs. James Clark, Richard C. Stoll,* and *Wallace Muir* for petitioner.   *Solicitor General Reed, Assistant Attorney General Morris,* and *Mr. Sewall Key* for respondent.
See also 91 F. (2d) 447.